IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETER B. MANCUSO (As Executor of the Estate of Marcia V. Briscoe),<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC (A/K/A Shellpoint Mortgage Servicing, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing); PADGETT LAW GROUP, LLC<br><br>Defendants. | Civil Action No.: _____<br><br>(Removed from the Superior Court of Fulton County, Georgia Civil Action No. 2021CV353695) |

**NOTICE OF REMOVAL**

Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, hereby gives notice of the removal of this action to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for this removal, Shellpoint states as follows:

**I.     Background**

1.     On or about August 26, 2021, Plaintiff Peter B. Mancuso ("Plaintiff"), acting *pro se*, filed a Complaint against Defendants Shellpoint and Padgett Law Group, LLC in the Superior Court of Fulton County, Georgia, Case No.:

1

2021CV353695 ("Complaint").  The Complaint was served on Shellpoint on September 10, 2021.[1]

2. Plaintiff's Complaint explicitly states a cause of action against Defendants under Federal Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692. (*See* Compl., p. 7, First Claim, ¶¶ 31-54).

3. The Superior Court of Fulton County is a state court within this district and division.

4. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3), which provides as follows:

> Except as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

5. The Complaint was allegedly served on or Padgett, at the earliest, on September 2, 2021,[2] and was served on Shellpoint on September 10, 2021.  Thus, this removal is timely.

---

[1] All pleadings that have been filed in the State Court Action that are available on the online docket for Fulton County, Georgia, are attached hereto as **Exhibit A**.

[2] Although Plaintiff filed an Affidavit of Service purporting to serve Padgett Law Group, LLC, the individual who was allegedly served with process was not authorized to accept service on Padgett's behalf.  In any event, even if that service date of September 2, 2021, is relied upon, this Notice of Removal is still timely. Padgett denies that service of the summons and complaint was proper or sufficient.

## II. Federal Question Jurisdiction

6. Pursuant to 28 U.S.C. § 1331, as amended, the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The determination of whether federal question jurisdiction exists is generally provided by the "well-pleaded complaint" rule which provides that federal jurisdiction exists when a federal question is presented on the face of the plaintiff's properly pleaded complaint. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). "A civil action filed in a state court may be removed to federal court if the claim is one 'arising under' federal law." *Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003). In order to determine whether a complaint "arises under" federal law, a court must examine the "well pleaded" allegations of the complaint. *Id*. A suit arises under the Constitution and laws of the United States only when the plaintiff's statement of his own cause of action shows that it is based upon federal law or the Constitution. *Id*. Accordingly, a case is generally removable if "a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Lindley v. F.D.I.C.*, 733 F.3d 1043, 1050 (11th Cir. 2013) (quoting *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987)).

7. Here, Plaintiff's Complaint explicitly alleges that Defendants violated the FDCPA, 15 U.S.C. § 1692. As such, Plaintiff is unquestionably seeking to avail

himself of a federal right under the laws of the United States, and thus, he has brought a civil action "arising under" the laws of the United States.

8. This Court has supplemental jurisdiction over Plaintiff's other cause of action asserted in the Complaint pursuant to 28 U.S.C. § 1367(a) because the claim (for violation of O.C.G.A. § 44-14-162) arises out of, and form part of, the same case or controversy as Plaintiff's federal claim. Therefore, this entire case is removable pursuant to 28 U.S.C. § 1441(a). Removal is proper based upon federal question.

9. Defendant Padgett Law Group, LLC consents to removal and has executed the attached consent to removal. (*See* **Exhibit B**). Padgett Law Group, LLC denies that service upon Padgett was proper or sufficient, and does not concede personal jurisdiction over it by consenting to the instant removal.

### III. All Other Requirements for Removal are Satisfied

10. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.

11. Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because this district and division embrace the Superior Court of Fulton County, Georgia, the forum in which the Civil Action was pending.

12. The Defendant has heretofore sought no similar relief.

13. Removal at the present time will not result in any prejudice to Plaintiff.

4824-9410-6106.1

14. Defendant reserves the right to amend or supplement this Notice of Removal.

15. A copy of this Notice is being filed with the Clerk of the Superior Court of Fulton County, Georgia, as provided under 28 U.S.C. § 1446, as shown by **Exhibit C** attached hereto.

**WHEREFORE,** Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing requests that the Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 30th day of September, 2021.

/s/Keith S. Anderson
Keith S. Anderson (GA Bar No. 136246)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@bradley.com
*Attorney for Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(B).

/s/ Keith S. Anderson

## CERTIFICATE OF SERVICE

I certify that I have on this day served a true copy of the foregoing Notice of Removal by depositing a copy of the same in regular U.S. Mail, with adequate first-class postage affixed thereto, addressed as follows:

Peter B. Mancuso
P.O. Box 257
Conyers, GA 30012
*Pro Se* Plaintiff

Jennifer McCall
Tomiya Lewis
Padgett Law Group, LLC
3490 Piedmont Road, NE, Suite 1060
Atlanta, GA 30305

This 30th day of September, 2021.

/s/ Keith S. Anderson
Keith S. Anderson