# EXHIBIT A

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

**136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303**

## SUMMONS

_PETER B. MANCUSO - EXECUTOR_ ) Case No.: 2021CV353695

)
)
)
**Plaintiff,** )
)
vs. )
_NEWPEZ LLC_ )
_PADGETT LAW GROUP_ )
**Defendant** )
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

_PETER B. MANCUSO_
_P.O. BOX 257_
_CONYERS, GA - 30012_

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This ___8/26/2021___ day of _____, 20 _____

Honorable Cathelene "Tina" Robinson
Clerk
By _____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| PETER B. MANCUSO (*As Executor of the Estate of Marcia V. Briscoe*), §<br>Plaintiff §<br>v. §<br><br>NEWREZ LLC (*A/K/A Shellpoint Mortgage Servicing,; F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing*); §<br>PADGETT LAW GROUP, LLC; §<br>Defendant, §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>FILE NO. 2021CV353695 _____<br><br><br>***JURY TRIAL DEMANDED*** |

## COMPLAINT

COMES NOW, Peter B. Mancuso *(as Executor of the Estate of Marcia Vernon Briscoe),* ("Mr. Mancuso"), and respectfully files this Complaint.

Defendants in this matter, have stepped beyond their respective rights and abilities and caused Plaintiff harm and injury resulting in liability for Plaintiff's damages.

I.            <u>JURISDICTION AND VENUE</u>

1.    Jurisdiction is proper in Fulton County Superior Court, pursuant to Ga. Const. 1983, Art. VI, § IV, ¶ I. "The superior courts... shall have exclusive jurisdiction...in cases respecting title to land, in divorce cases, and in equity cases.".

2.    This Court further, has jurisdiction over this action, as it involves real property located within Fulton County and the Supreme Court of Georgia has held that the county where the real property is located "shall have exclusive and original jurisdiction of all petitions and proceedings had thereupon". (Emphasis supplied.)   OGCA § 44-2-60 *Setlock v. Setlock*, 286 Ga. 384, 688 SE2d 346 (2010).

3.    The judges of superior courts have authority to grant for their respective circuits writs of certiorari, supersedeas, quo warranto, mandamus, habeas corpus, and bail in actions ex delicto (O.C.G.A. § 15-6-9(1); writs of injunction, prohibition, and ne exeat (O.C.G.A. § 15-6-9(3)); as well as to entertain bills quia timet (O.C.G.A. § 15-6-9(2)); Superior Courts correct errors made by lower courts on appeal, and have jurisdiction to grant equitable relief.

4.    Venue is proper, because the property is located within this County, the events that bring this action to this Court took place in Fulton County, and the witnesses can be brought under the jurisdiction of this Court.

II.                               THE PARTIES

5.    Plaintiff, Peter B. Mancuso (*As Executor of the Estate of Marcia V. Briscoe*) during all times relevant, has been the Executor of the Estate of Marcia V. Briscoe (deceased); , Mr. Mancuso is a resident of the State of Georgia, with a mailing address of: P. O. Box 257, Conyers, GA  30012.

2

6. **Defendant NEWREZ, LLC** (*a/k/a Shellpoint Mortgage Servicing; f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing*) during all times relevant, has been a foreign Limited Liability Company, organized and existing under the laws of Delaware, with their Principal Place of Business located at 1100 Virginia Drive, Suite 125, Fort Washington, PA 19034, Service of process will be perfected upon defendant, through their **Registered Agent: Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092, Gwinnett County (07/09/2021).**

7. **Defendant, Padgett Law Group,** is becoming one of the South's foreclosure mill law firms, and are not registered to do business within the State of Georgia, or the State of Florida; their principal place of business is located at **6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312,** where service of process will be perfected upon them.

    III. <u>STATEMENT OF FACTS</u>

8. Peter B. Mancuso, as Executor of The Estate of Marcia V. Briscoe (deceased),[1] owns of the property located at 392 Glen Iris Drive, Atlanta, GA 30308, in Fulton County.

9. Marcia Briscoe purchased the property located at 392 Glen Iris Drive, on 10/15/2007, via Note and Security Deed granted in favor of Indymac Bank, FSB, and recorded into Fulton County Records on 11/02/2007, Deed Book 45919, Page 174.

---

[1] Ms. Briscoe passed away on August 02, 2014.

3

10. The situation of the property came to Plaintiff's attention, when he found that there was a foreclosure ad running for the property.

11. The moment Plaintiff saw the ad, he immediately had to question who was the current owner of the loan/holder of the Note when the ad was run.

12. Plaintiff contacted Shellpoint Mortgage Servicing to find out who owned the Note.

13. Shellpoint sent Plaintiff a letter dated 08/20/2020, which showed that Note holder/ secured creditor was Citibank, N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2021 RPL1 ("Citi"). [**Exhibit 1**].

14. The foreclosure ads had run, once a week for four weeks, on 08/07/2020, 08/14/2020, 08/21/2020, and 08/28/2020 [**Exhibit 2**], and showed "...as last transferred to U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust X by Assignment recorded in Deed Book 60468, Page 2...".

15. All of the ads showed the same false statement, that the last transferee was: "U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust X by Assignment recorded in Deed Book 60468, Page 2...".

16. In truth and fact, the last Assignment was *from* U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust X *to* CitiBank, N.A., not in its individual capacity but solely as owner trustee for New Residential Mortgage Loan Trust 2020-RPL1; recorded on July 20, 2020, into Deed Book 61943, Pages 664,665 .

17. The ads were allowed to run for four consecutive weeks, with the error, even after being alerted to the error, See Shellpoint's letter to Plaintiff, dated 08/19/2021, page 1 attached as [**Exhibit 3**].

18. The ad stated in pertinent part:

> "By virtue of a Power of Sale contained in that certain Security Deed from Marcia Briscoe to Mortgage Electronic Registration System, Inc.,...for IndyMac Bank, F.S.B., dated October 15, 2007...said Security Deed having been given to secure a Note of even date...last transferred to U.S. Bank National Association, not in its Individual capacity, but solely as Trustee for the NRZ Pass-Through Trust X by Assignment recorded in Deed Book 50468, Page 2...will be sold at public outcry to the highest bidder for cash before the courthouse door of Fulton County, Georgia, or at such place as has or may be lawfully designated as an alternative location within the legal hours of sale on the first Tuesday in September 2020..."

19. The response letter sent to Plaintiff [**Ex.3**], on 08/19/2021, showed that, according to Shellpoint, Padgett Law Group was retained to "commence foreclosure in March 2020, and the loan was initially scheduled for a foreclosure sale on September 01/2020" [**Ex.3**, **pg.1,4th¶**].

20. The latest information, Shellpoint's August 19, 2021 letter [**Ex.3**] is their response to a Complaint filed against them with Consumer Financial Protection Bureau.

21. Shellpoint shows that Citibank, N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2021 RPL1 ("Citi") is currently the owner of the account number ending in 0663. The Assignment to Citi, is at [**Exhibit 4**].

22. Shellpoint further shows that Shellpoint Mortgage Servicing ("Shellpoint") began servicing the loan on the behalf of the owner referenced above on or about February 04, 2019.

23. Defendant knowingly, willingly, wantonly purchased the loan with actual knowledge that the loan was in default, when they purchased it.[2]

24. When Defendant acquired the Note and Security Deed, NewrezLLC d/b/a/ Shellpoint Mortgage Servicing, became loan servicer of a loan in default; the loan and/or the Security for the loan, were owned by the previous lien/mortgage holder.

25. Newrez, LLC/Shellpoint, were merely attempting to collect the debt that belonged to Citi and the Trust, per the latest assignment.

26. Padgett Law Firm ("Padgett") acts as a debt collector, and acts as a foreclosure mill law firm, in their quests as a debt collector for lenders.

27. The foreclosure ads that Padgett ran on 08/07, 08/14, 08/21, and 08/28/2020 stated "...as last transferred to U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust X by Assignment recorded in Deed Book 60468, Page 2...", in every ad, even after being alerted that they showed the wrong "lender".

28. At the bottom of every ad, which states that based upon non-payment of the monthly mortgage payments, that the property is going to sale at auction; Padgett, who is acting as, and is in fact, a debt collector attempting to collect a debt.

---

[2] Plaintiff purchase of a loan in default results in place of holder in due course status.

6

29.     Defendant, The Padgett Law Group, attempts to collect debts for numerous lenders in the Southeast United States; the major service Padgett offers, is default specialists, and as such, are retained for collecting debts, and if they cannot do so, they foreclose the properties.


## FIRST CLAIM FOR RELIEF
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### (Against Both Defendants)

30.     Plaintiff incorporates by reference the above paragraphs of his Complaint, as if same were fully set forth at length herein.

31.     Plaintiff alleges that he is a consumer[3], as defined by FDCPA.

32.     Plaintiff alleges that the Promissory Note is a debt[4] as defined by FDCPA.

---

[3] Consumer means any natural person obligated or allegedly obligated to pay any debt. (15 U.S.C.A. § 1692a (West)).

[4] Debt means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment. (15 U.S.C.A. § 1692a (West)).

33. Plaintiff alleges that Defendant, for purposes of FDCPA is a creditor[5] as Defined by FDCPA.

34. Plaintiff alleges that Padgett Law Group is a debt collector[6] as defined by the Federal Debt Collection Practices Act.

35. Padgett Law Group's website shows that they regularly conduct default services, not only for the Southeast, but the whole country.[7]

36. Padgett's website further states: "Plus, you will realize synergies with our comprehensive creditors' rights practices throughout our six-state footprint". [Id.].

37. Padgett's website further shows " Leveraging technology in our partnerships with forward-thinking clients gives PLG the ability to focus on the aggressive management and processing of delinquent or under performing loans...".[8]

---

[5] Creditor means any person who offers or extends credit creating a debt or to whom a debt is owed. The term creditor does not, however, include any person to the extent that such person receives an assignment or transfer of a debt in default solely to facilitate collection of the debt for another. (FDCPA (Reg. F); 1 2 C.F.R. § 1006.2).

[6] (1) The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Notwithstanding the exclusion provided by clause (F) of the last sentence of this paragraph, the term includes any creditor who, in the process of collecting his own debts, uses any name other than his own which would indicate that a third person is collecting or attempting to collect such debts. For the purpose of section 1692f(6) of this title, such term also includes any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the enforcement of security interests. (15 U.S.C.A. § 1692a (West)).

[7] https://www.padgettlawgroup.com/national.html

[8] https://www.padgettlawgroup.com/the-difference.html

38.   The ads run for the foreclosure sale shows that they knowingly, willingly, wantonly, and with malicious intent allowed to the ads to run, showing an entity that no longer owned the loan and had no interest in the property or the loan.

39.   The ads run for the foreclosure sale, all stated that "This law firm is attempting to collect a debt".

40.   The letters sent to Plaintiff from Shellpoint included the statement "Please read the following important notices as they may affect your rights. Newrez, LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgatge Servicing's NMLS IS is 3013." **[Ex.3,p.2]**.

41.   Exhibit 3, page 2 further shows that "Shellpoint ... utilizes third-party providers in connection with the servicing of your loan, but Shellpoint... remains responsible for all actions taken by third-party providers."

42.   Both the letter dated 08/20/2020 **[Ex.1]**, and the letter dated 08/19/2021 **[Ex.3]** shows that Shellpoint was aware that Citi, and not US Bank owned the loan when the ad was run, and when Plaintiff contacted them about who owned the Noted and Deed.

43.   Shellpoint contends that the issue of the incorrect investor being shown in the ads, "was rendered moot because the scheduled foreclosure sale was cancelled". **[Ex.3,p.1,¶5]**.

44.   Shellpoint also stated "As the investor changed in July 2020, the investor information should have changed on the publications as well" **[Ex.3,4th¶]**.

45. The fact remains that the incorrect owner of the note and security was allowed to run four times, even though Plaintiff contacted them and questioned who it was that currently owned the loan.

46. Both Shellpoint and Padgett admit that they are debt collectors attempting to collect a debt; and neither of them own the Note and Security for the debt.

47. Both are debt collectors and subject to the FDCPA.

48. While defendants will try to claim that they are not qualified as a debt collector, Plaintiff asserts that the FDCPA is applicable to both parties; the exception to the rule where a party can be found in violation of the code, if the debt collector "takes or threatens to take any non-judicial action to effect dispossession or disablement of property if there is not present right to possession of the property claimed as collateral through an enforceable security interest". 15 U.S.C. §1692f(6)(A).

49. Not only did U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust X not have rights to possession of Plaintiff's property, Padgett acted on behalf of US Bank through Shellpoint, as a debt collector, and both threatened to take non-judicial action to effect dispossession of Plaintiff's property.

50. The facts place defendants in violation of the FDCPA.

51. Shellpoint and Padgett further purport to be debt collectors in their letters, stating "this is an attempt to collect a debt"; they both admit in their letters and phone calls, that they are attempting to collect a debt, their own admissions, as such they both are debt collectors subject to the FDCPA.

52.   Plaintiff has the right under the code to brig this action and succeed upon it.

53.   Further, Shellpoint enacted the foreclosure proceedings against Plaintiff's property without the proper authority, they were again receiving or attempting to take monetary compensation for a debt; this displays stronger evidence of debt collection activities on their part.

54.   As such, it is undisputable that Shellpoint and Padgett are debt collectors and are bound by 15 U.S.C. § 1692f(6)(A), and their actions constitute a violation of the FDCPA. WHEREFORE Plaintiff prays for the relief allowed by the FDCPA for violations as shown within the prayer for relief.

SECOND CLAIM FOR RELIEF
VIOLATIONS OF O.C.G.A. § 44-14-162
(Against Both Defendants)

55.   Plaintiff asserts that as shown in the preceding paragraphs, that defendants are debt collectors, and they were attempting to collect a debt when they ran the ads for foreclosure sale.

56.   In pertinent part, O.C.G.A. § 44-14-162(b) states "The security instrument or assignment thereof vesting the secured creditor with title to the security instrument shall

be filed prior to the time of sale in the office of the clerk of the superior court of the county in which the real property is located.

57. Georgia Real Estate Finance and Foreclosure Law, shows that "Identification of the secured creditor. ... Where.. the secured creditor is misidentified in the advertisement of the foreclosure sale, a question of fact is created as to whether such inaccurate publication chilled the bidding process or demonstrated a breach of the duty to conduct the sale fairly and in good faith".[9]

58. In the treatises, it is further shown that the failure to show the secured creditor in the ad, and the notice letters, is neither published in the advertisement of the foreclosure sale nor provided to the debtor by any other means, the foreclosure sale may be found void[10].

59. The very few laws that Georgia has, to protect the borrower, were violated by the debt collectors, causing Plaintiff harm, injury and actual damages.

WHEREFORE Plaintiff prays for the relief shown in the final prayer for relief.

## JURY TRIAL DEMANDED

## FINAL PRAYER FOR RELIEF

---

[9] *Amirfazli v. VATACS Group, Inc.*, 311 Ga. App. 471, 716 S.E.2d 523 (2011); See also § 8:5. Date, time, and place of sale; advertisements, *Ga. Real Estate Finance and Foreclosure Law* § 8:5.

[10] *In re Cummings*, 173 B.R. 959, 963 (Bankr. N.D. Ga. 1994) ("The foreclosure was conducted by a party and an attorney who did not advertise for foreclosure and gave no notice to anyone prior to foreclosure ... It is difficult to imagine a situation more chilling to a sale.").

Plaintiff prays that the Court will call a jury of his peers for all questions of fact, and will find in Plaintiff's favor in his claims for relief, and will further award Plaintiff the following:

a) For Claim for Relief One: The FDCPA allows for certain standard penalties and sanctions for violations and Plaintiff prays that this relief be granted, along with any and all additional damages, for Defendant's actions, to be determined by a jury at trial.

b) For Claim for Relief Two: The OCGA allows and provides for the awarding of damages for violations of the laws and codes of the State of Georgia and Plaintiff prays that damages be awarded, for Defendant's actions, to be determined by a jury at trial.

c) Any other relief that the court may deem just and proper.

This ___26 TH___ day of August , 2021.

Peter B. Mancuso-Executor-Plaintiff

P.O. Box 257

Conyers, Ga. 30012

678-595-5408







## Shellpoint
### Mortgage Servicing

Phone Number: 800-365-7107
Fax: 866-467-1137
www.shellpointmtg.com
Mon - Thurs: 8:00AM-10:00PM
Fri: 8:00AM-10:00PM
Sat: 8:00AM-3:00PM

08/20/2020

S-SFRECS20 L-150 R-101
PCN3FG00200531 - 682781754 I02122
MARCIA BRISCOE
PO BOX 257
CONYERS GA 30012-0257

*EX HIBIT*
*11 / 11*

RE: Loan Number: 0578689941
      Borrower: MARCIA BRISCOE

Dear MARCIA BRISCOE:

This letter is in response to your recent inquiry regarding the above-referenced account serviced by Shellpoint Mortgage Servicing on behalf of Citibank, N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-RPL1, the owner of your loan. Their contact information is:

      Address: 388 Greenwich Street   New York NY 10013

We are working to gather the requested information and will forward it to you as soon as possible.

If you have any additional questions or concerns, please contact our Customer Service department at 800-365-7107.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Customer Service
Shellpoint Mortgage Servicing

# DAILY REPORT

Topics ˅    Surveys & Rankings ˅    Cases ˅    Public Notice & Classifieds ˅    Court Calendars ˅    All Sections ˅

# Search Public Notices

| Category |
|---|

| briscoe |
|---|

| 08/20/2020 | 📅 |
|---|---|

| 08/28/2020 | 📅 |
|---|---|

Search

*EX HIBIT "2"* (handwritten)

8/28/2020
**NOTICE OF SALE UNDER POWER**

CATEGORY
Mrtge Foreclsre GA
AD NUMBER
0000479397-01

STATE OF GEORGIA, COUNTY OF FULTON

By virtue of a Power of Sale contained in that certain Security Deed from Marcia Briscoe to Mortgage Electronic Registration Systems, Inc., as nominee for IndyMac Bank, F.S.B., dated October 15, 2007 and recorded on November 2, 2007 in Deed Book 45919, Page 174, in the Office of the Clerk of Superior Court of Fulton County, Georgia, said Security Deed having been given to secure a Note of even date, in the original principal amount of One Hundred Ninety-Eight Thousand and 00/100 dollars ($198,000.00) with interest thereon as provided therein, as last transferred to U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust X by Assignment recorded in Deed Book 60468, Page 2, aforesaid records, will be sold at public outcry to the highest bidder for cash before the courthouse door of Fulton County, Georgia, or at such place as has or may be lawfully designated as an alternative location, within the legal hours of sale on the first Tuesday in September, 2020, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN THE CITY OF ATLANTA IN LAND LOT 47 OF THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA, BEING LOT 42 OF THE GLEN IRIS DRIVE PROPERTY AS PER PLAT BY W.J. NALLEY, C.E., JANUARY 7, 1927, OF FILE IN THE OFFICE OF ATLANTA TITLE & TRUST COMPANY AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE WEST SIDE OF GLEN IRIS DRIVE FIFTY (50) FEET NORTH FROM THE NORTHWEST CORNER OF GLEN IRIS DRIVE AND WABASH AVENUE AT THE LINE OF LOT 43; THENCE WEST ONE HUNDRED FORTY AND SIX TENTHS (140.6) FEET TO A PIPE ON THE EAST SIDE OF A SEVEN (7) FOOT RESERVED SPACE

ADJOINING A TWELVE (12) FOOT ALLEY ON THE EAST; THENCE NORTH ALONG SAID RESERVED SPACE FIFTY (50) FEET TO A PIPE ON THE SOUTH LINE OF LOT 41; THENCE EAST ONE HUNDRED FORTY-ONE AND ONE TENTH (141.1) FEET TO GLEN IRIS DRIVE; THENCE SOUTH ALONG THE WEST SIDE OF GLEN IRIS DRIVE FIFTY (50) FEET TO THE POINT OF BEGINNING. Said property may more commonly be known as 392 Glen Iris Drive Northeast, Atlanta, GA 30308.

The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, non-payment of the monthly installments on said loan. The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, including attorney's fees (notice of intent to collect attorney's fees having been given).

The individual or entity that has full authority to negotiate, amend and modify all terms of the loan is Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 100 MS 561, Greenville, SC 29601, 1-800-365-7107.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: a) zoning ordinances; b) matters which would be disclosed by an accurate survey or by an inspection of the property; c) any outstanding ad valorem taxes, including taxes, which constitute liens upon said property whether or not now due and payable; d) special assessments; e) the right of redemption of any taxing authority; f) all outstanding bills for public utilities which constitute liens upon said property; g) all restrictive covenants, easements, rights-of-way and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owners and party in possession of the property are Marcia Briscoe and or tenant(s). The sale will be conducted subject to 1) confirmation that the sale is not prohibited under the U.S. Bankruptcy code and 2) final confirmation and audit of the status of the loan with the holder of the Security Deed.

U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X
as Attorney-in-Fact for
Marcia Briscoe

Contact: Padgett Law Group: 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312; (850) 422-2520
Ad Run Dates: 08/07/20; 08/14/20; 08/21/20; 08/28/20
#0000479397:8/07-4AS

*EXHIBIT "7"*

8/21/2020
NOTICE OF SALE UNDER POWER

CATEGORY
Mrtge Foreclsre GA
AD NUMBER
0000479397-01

STATE OF GEORGIA, COUNTY OF FULTON

By virtue of a Power of Sale contained in that certain Security Deed from Marcia Briscoe to Mortgage Electronic Registration Systems, Inc., as nominee for IndyMac Bank, F.S.B., dated October 15, 2007 and recorded on November 2, 2007 in Deed Book 45919, Page 174, in the Office of the Clerk of Superior Court of Fulton County, Georgia, said Security Deed having been given to secure a Note of even date, in the original principal amount of One Hundred Ninety-Eight Thousand and 00/100 dollars ($198,000.00) with interest thereon as provided therein, as last transferred to U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust X by Assignment recorded in Deed Book 60468, Page 2, aforesaid records, will be sold at public outcry to the highest bidder for cash before the courthouse door of Fulton County, Georgia, or at such place as has or may be lawfully designated as an alternative location, within the legal hours of sale on the first Tuesday in September, 2020, all property described in said Security Deed including but not limited to the following described property:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN THE CITY OF ATLANTA IN LAND LOT 47 OF THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA, BEING LOT 42 OF THE GLEN IRIS DRIVE PROPERTY AS PER PLAT BY W.J. NALLEY, C.E., JANUARY 7, 1927, OF FILE IN THE OFFICE OF ATLANTA TITLE & TRUST COMPANY AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE WEST SIDE OF GLEN IRIS DRIVE FIFTY (50) FEET NORTH FROM THE NORTHWEST CORNER OF GLEN IRIS DRIVE AND WABASH AVENUE AT THE LINE OF LOT 43; THENCE WEST ONE HUNDRED FORTY AND SIX TENTHS (140.6) FEET TO A PIPE ON THE EAST SIDE OF A SEVEN (7) FOOT RESERVED SPACE ADJOINING A TWELVE (12) FOOT ALLEY ON THE EAST; THENCE NORTH ALONG SAID RESERVED SPACE FIFTY (50) FEET TO A PIPE ON THE SOUTH LINE OF LOT 41; THENCE EAST ONE HUNDRED FORTY-ONE AND ONE TENTH (141.1) FEET TO GLEN IRIS DRIVE; THENCE SOUTH ALONG THE WEST SIDE OF GLEN IRIS DRIVE FIFTY (50) FEET TO THE POINT OF BEGINNING. Said property may more commonly be known as 392 Glen Iris Drive Northeast, Atlanta, GA 30308.

The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, non-payment of the monthly installments on said loan. The debt remaining in default, this sale will be made for the



**shellpoint**
A DIVISION OF newrez

75 Beattie Place, Suite 300
Greenville, SC 29601

Toll Free Phone: 1-800-365-7107
Toll Free Fax: 1-866-467-1137

*Hours of Oper*
Monday-Friday 8:00AM 10:0
Saturday 8:00AM-3:0

August 19, 2021

Peter Mancuso
P. O. Box 257
Conyers, GA 30012

Via Email: peterbmancuso@yahoo.com

*EXHIBIT "3"*

RE:   Homeowner:          Marcia Briscoe
      Complaint ID #:      210709-6891063
      Reference #:         0578689941
      Account #:           xxxx0663
      Property:            · 392 Glen Iris Dr NE
                           Atlanta, GA 30308

Dear Peter Mancuso:

This letter is in response to the Consumer Financial Protection Bureau complaint received on August 4, 2021, regarding the subjec
property. Citibank, N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 202(
RPL1 is currently the owner of the account number ending in 0663. Shellpoint Mortgage Servicing ("Shellpoint") began servicing
the loan on the behalf of the owner referenced above on or about February 04, 2019.

Please know that Shellpoint takes its customer service and consumer protection obligations very seriously and has significant staf
dedicated to its compliance related functions in order to identify, resolve, and permanently correct operational deficiencies and
improve upon consumer concerns.

Your complaint states a foreclosure notice on the property through an ad in the newspaper. The ad reflected a sale date of Septem
1, 2020 and the creditor was incorrect on the ad. You have notified Shellpoint of the error but the ad continued to run. Therefore,
you are asking for an explanation of the error.

This loan was referred to Padgett Law Group to commence foreclosure in March 2020 and the loan was initially scheduled for a
foreclosure sale on September 1, 2020. Additionally, we have confirmed the previous investor of the loan was *U.S Bank National
Association, not in its Individual Capacity but solely as trustee of NRZ Pass-Through Trust X*, which is listed on the sale publicati
in August 2020. However, after further review, we confirmed the investor officially changed in July 2020 to *Citibank, N.A., not ii
individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-RPL1*. As the investor changed in
July 2020, the investor information should have changed on the publications as well.

The incorrect investor information on the newspaper ads was rendered moot because the scheduled foreclosure sale was cancelled
The foreclosure was placed on two COVID-19 related holds and was required to be postponed due to a temporary restraining orde
obtained by a junior lienholder. If a new foreclosure is scheduled, a new advertisement process will be required.

As of the date of this communication, the loan is past due for the December 1, 2019 through August 2021 installments.

Please accept our sincere apologies for any inconvenience regarding the incorrect investor listed on the publications. Please know
Shellpoint takes its customer service obligations very seriously and your concerns have been brought to the attention of the
appropriate people within our organization.

Should you have further questions, you may contact me directly at 864-312-3753.

Sincerely,

Kayla Everett
Compliance Department
Shellpoint Mortgage Servicing



Cc: Consumer Financial Protection Bureau

## Please read the following important notices as they may affect your rights.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

### Notice of Error or Information Request Address

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603.

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

Our system of record has your preferred language as English.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.

如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

Deed Book 61943 Page 664
Filed and Recorded 07/20/20 9:24:00 PM
2020-0235769
Cathelene Robinson
Clerk of Superior Court
Fulton County, GA
Participant IDs: 6222132834
0848497841

EX HIBIT
4.

**GEORGIA**

PARCEL NO. 14-0047-0009-068

COUNTY OF FULTON
LOAN NO.: 0578689941

WHEN RECORDED MAIL TO: ATTN: CYNTHIA M BROCK, FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402, PH. 208-528-9895

# CORPORATE ASSIGNMENT

FOR VALUE RECEIVED, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST X, located at 60 LIVINGSTON AVE EP-MN-WS3D, ST. PAUL, MN 55107, Assignor, does this day transfer, assign, convey, and deliver unto CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NEW RESIDENTIAL MORTGAGE LOAN TRUST 2020-RPL1, located at C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING 55 BEATTIE PLACE, SUITE 110, MS#001, GREENVILLE, SC 29601, Assignee, its successors, representatives, and assigns, all of Assignor's right, title, and interest in and to that certain Security Deed in the principal sum of $199,000.00, dated OCTOBER 15, 2007, executed by MARCIA BRISCOE, Original Grantor, to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, Original Grantee, and filed for record and recorded on NOVEMBER 02, 2007 in Deed Book 45919 at Page 174 as Instrument No. 2007-0306527 in the Office of the Clerk of the Superior Court in the County of FULTON, State of GEORGIA.

LEGAL DESCRIPTION: ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN THE CITY OF ATLANTA IN LAND LOT 47 OF THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA, BEING LOT 42 OF THE GLEN IRIS DRIVE PROPERTY AS PER PLAT BY W.J. NALLEY, C.E., JANUARY 7, 1927, OF FILE IN THE OFFICE OF ATLANTA TITLE & TRUST COMPANY AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE WEST SIDE OF GLEN IRIS DRIVE FIFTY (50) FEET NORTH FROM THE NORTHWEST CORNER OF GLEN IRIS DRIVE AND WABASH AVENUE AT THE LINE OF LOT 43; THENCE WEST ONE HUNDRED FORTY AND SIX TENTH (140.6) FEET TO A PIPE ON THE EAST SIDE OF A SEVEN (7) FOOT RESERVED SPACE ADJOINING A TWELVE (12) FOOT ALLEY ON THE EAST; THENCE NORTH ALONG SAID RESERVED SPACE FIFTY (50) FEET TO A PIPE ON THE SOUTH LINE OF LOT 41; THENCE EAST ONE HUNDRED FORTY-ONE AND ONE TENTH (141.1) FEET TO GLEN IRIS DRIVE; THENCE SOUTH ALONG THE WEST SIDE OF GLEN IRIS DRIVE FIFTY (50) FEET TO THE POINT OF BEGINNING.

The Assignor herein specifically transfers, conveys and assigns to the above Assignee, its successors, representatives, and assigns the aforesaid Security Deed, the property described therein, together with all the powers, options, rights, privileges, and immunities contained therein on the undersigned.

SH8070117IM - AM - GA

Page 1 of 2

MIN: 100055401280029853

MERS PHONE: 1-888-679-6377

EX HIBIT
" 4 "

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this **JUL 1 3 2020**
U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ
PASS-THROUGH TRUST X, BY NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT
MORTGAGE SERVICING, ITS ATTORNEY IN FACT

CYNTHIA M BROCK, MANAGER

STATE OF SOUTH CAROLINA          COUNTY OF GREENVILLE

SIGNED, SEALED, AND DELIVERED in the presence of the below named Notary Public, as an official witness and below named
unofficial witness, on **JUL 1 3 2020**, by CYNTHIA M BROCK, MANAGER, of NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE SERVICING AS ATTORNEY-IN-FACT FOR U.S. BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST X:

Notary Public/Official Witness:                          Unofficial Witness:

_Tiffany Marie Rogers_ (COMMISSION EXP.          _B. Campbell_
NOTARY PUBLIC                                          _Brenly Campbell_, Witness

TIFFANY MARIE ROGERS
MY COMMISSION
EXPIRES
01/28/2021
NOTARY PUBLIC
SOUTH CAROLINA

## AFFIDAVIT OF SERVICE

State of Georgia        County of FULTON        SUPERIOR Court

Case Number: 2021CV353695

Plaintiffs:
**PETER B. MANCUSO-EXECUTOR**

vs.

Defendant:
**NEWREZ LLC PADGETT LAW GROUP**

For:
PETER MANCUSO
PRO SE
P.O. BOX 257
CONYERS, GA 30012

Received by NOLAN PROCESS SERVERS, LLC on the 31st day of August, 2021 at 9:38 am to be served on PADGETT LAW GROUP, 6267 OLD WATER OAK RD., SUITE 203, TALLAHASSEE, FL 32312.

I, SABRITA THURMAN-NEWBY, being duly sworn, depose and say that on the 31st day of August, 2021 at 10:55 am, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS; COMPLAINT; EXHIBITS** with the date and hour of service endorsed thereon by me, to: **LESLIE SMITH** as **LEGAL AIDE**, for the Registered Agent of **PADGETT LAW GROUP** at the address of: **6267 OLD WATER OAK RD., SUITE 203, TALLAHASSEE, FL 32312**; and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30+, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 116, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

Subscribed and Sworn to before me on the 1st day of September, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

SABRITA THURMAN-NEWBY
Certified Process Server #236

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2021011571

QUALASHA T. HAMILTON
MY COMMISSION EXPIRES
NOVEMBER 19, 2024
#HH 065592
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

## AFFIDAVIT OF SERVICE

| Case:<br>2021CV353695 | Court:<br>IN THE SUPERIOR COURT FOR THE COUNTY OF FULTON | County:<br>FULTON | Job:<br>6107734 |
|---|---|---|---|

| Plaintiff / Petitioner:<br>PETER B MANCUSO (AS EXECUTOR OF THE ESTATE OF MARCIA V. BRISCOE) | Defendant / Respondent:<br>NEWREZ LLC (A/K/A SHELLPOINT MORTGAGE SERVICING F/K/A NEW PENN FINANCIAL LLC. D/B/A SHELLEPONT MORTGAGE SERVICING) |
|---|---|

| Received by:<br>Margaret Ruddock | For:<br>PETER B. MANCUSO |
|---|---|

| To be served upon:<br>NEWREZ LLC REGISTERED AGENT CORPORATION SERVICE COMPANY |
|---|

I, Margaret Ruddock, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: NEWREZ LLC REGISTERED AGENT CORPORATION SERVICE COMPANY, COMPANY: 2 SUN COURT, PEACHTREE CORNER, GA 30096

Manner of Service: Registered Agent, Sep 10, 2021, 12:30 pm EDT

Documents: Summons and Complaint, Exhibits 1-4 (Received Sep 8, 2021 at 12:00am EDT)

Additional Comments:
1) Successful Attempt: Sep 10, 2021, 12:30 pm EDT at COMPANY: 2 SUN COURT, PEACHTREE CORNER, GA 30096 received by NEWREZ LLC REGISTERED AGENT CORPORATION SERVICE COMPANY. Other: SERVED NEWREZ LLC BY SERVING REGISTERED AGENT CSC. PERSONALLY SERVED P. DIANE BEAMS FIRM ADMINISTRATOR. WHITE FEMALE, BROWN HAIR, 5-8, 55+ WW 150-170.;
Served

| | |
|---|---|
| _Margaret Ruddock_ 9/14/21<br>Margaret Ruddock     Date | Subscribed and sworn to before me by the affiant who is personally known to me.<br><br>_Denine Jordan_<br>Notary Public<br>9/14/21    Sept 1, 2023<br>Date       Commission Expires |

DENINE JORDAN
MY COMMISSION EXPIRES
NOTARY PUBLIC
SEPTEMBER 1, 2023
DEKALB COUNTY, GEORGIA