IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETER B. MANCUSO (As Executor of the Estate of Marcia V. Briscoe), <br><br> Plaintiff, <br><br> v. <br><br> NEWREZ LLC (A/K/A Shellpoint Mortgage Servicing, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing); PADGETT LAW GROUP, LLC <br><br> Defendants. | Civil Action No.: _____ <br><br> (Removed from the Superior Court of Fulton County, Georgia Civil Action No. 2021CV353695) |

## NOTICE OF CONSENT TO REMOVAL

Named Defendant Padgett Law Group, LLC ("Padgett"), by and through its undersigned counsel, hereby gives notice of its consent to Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing's removal of this case from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia. Padgett Law Group, LLC denies that service upon Padgett was proper or sufficient, and does not concede personal jurisdiction over it by consenting to the instant removal.

Respectfully submitted this  23rd  day of September, 2021.

1

_/s/ Tomiya Lewis_
Tomiya Lewis*
Georgia Bar No. 500793
Jennifer McCall
Georgia Bar No. 511342
Padgett Law Group, LLC
3490 Piedmont Road, NE, Suite 1060
Atlanta, GA 30305
Telephone: (850) 422-2520
Facsimile: (850) 422-2567
Jennifer.McCall@padgettlawgroup.com
Tomiya.Lewis@padgettlawgroup.com

Attorneys for Defendant Padgett Law Group, LLC