IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETER B. MANCUSO (As Executor of the Estate of Marcia V. Briscoe),<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC (A/K/A Shellpoint Mortgage Servicing, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing); PADGETT LAW GROUP, LLC<br><br>Defendants. | Civil Action No.: 1:21-cv-04042-JPB-JKL |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by and through its undersigned counsel, certifies the following:

1. The following is a full and complete list of all parties in this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party:

    A. Plaintiff Peter Mancuso as executor of the Estate of Marcia Briscoe;

    B. Defendant Padgett Law Group, LLC;

    C. NewRez LLC, d/b/a Shellpoint Mortgage Servicing;

1

D.  Shellpoint Partners LLC;

E.  NRM Acquisition LLC;

F.  NRCM Acquisition II LLC;

G.  New Residential Mortgage LLC;

H.  New Residential Investment Corporation is a publicly held corporation (NYSE: NRZ)

2. The undersigned further certifies that no other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case besides those parties list in response to No. 1 above.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Attorney for Defendant Padgett Law Group:**
Jennifer McCall
Tomiya Lewis
Padgett Law Group
Securities Centre
3490 Piedmont Road, NE
Suite 1060
Atlanta, GA  30305

**Attorney for Defendant NewRez, LLC**
**d/b/a Shellpoint Mortgage Servicing:**
Keith S. Anderson, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North

Birmingham, Alabama 35203

Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing reserves the right to supplement this Disclosure as needed.

Respectfully submitted this 4th day of October, 2021.

/s/Keith S. Anderson
Keith S. Anderson (GA Bar No. 136246)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@bradley.com
*Attorney for Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(B).

/s/ Keith S. Anderson

## CERTIFICATE OF SERVICE

I certify that I have on this day served a true copy of the foregoing Certificate of Interested Parties by depositing a copy of the same in regular U.S. Mail, with adequate first-class postage affixed thereto, addressed as follows:

Peter B. Mancuso
P.O. Box 257
Conyers, GA 30012
*Pro Se* Plaintiff

Jennifer McCall
Tomiya Lewis
Padgett Law Group, LLC
3490 Piedmont Road, NE, Suite 1060
Atlanta, GA 30305

This 4th day of October, 2021.

/s/ Keith S. Anderson
Keith S. Anderson
GA Bar No. 136246

4845-6487-0397.1