IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **PETER B. MANCUSO (As Executor of the Estate of Marcia V. Briscoe),** ) ) ) ) **Plaintiff,** ) ) **v.** ) ) ) ) **NEW REZ LLC (A/K/A Shellpoint Mortgage Servicing, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing; PADGETT LAW GROUP, LLC** ) ) ) ) ) **Defendants.** ) | Civil Action No.: 1:21-cv-04042-JPB-JKL |

## DEFENDANT PADGETT LAW GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Padgett Law Group, LLC ("Defendant"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), files this Motion to Dismiss Plaintiff Peter B. Mancuso (As Executor of the Estate of Marcia V. Briscoe)'s Complaint for failure to state a claim upon which relief can be granted.

Defendant adopts and incorporates its Memorandum in Support of this Motion contemporaneously filed herewith. As set forth in the Memorandum, Plaintiff's Complaint should be dismissed with prejudice in its entirety pursuant to

1

Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Defendant Padgett Law Group, LLC respectfully requests that this Court grant this Motion to Dismiss, dismiss Plaintiff's Complaint with prejudice, and for such other relief as may be appropriate.

RESPECTFULLY SUBMITTED this 8th day of October, 2021.

/s/ Tomiya Lewis
PADGETT LAW GROUP
TOMIYA LEWIS, ESQ. GBN# 500793
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
attorney@padgettlawgroup.com
*Attorney for Defendant Padgett Law Group, LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1 (D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1 (B).

/s/ Tomiya Lewis

## CERTIFICATE OF SERVICE

I certify that I have on this day served a true copy of the foregoing Motion to Dismiss by depositing a copy of the same in regular U.S. Mail, with adequate first-class postage affixed thereto, addressed as follows:

Peter B. Mancuso
P.O. Box 257
Conyers, Georgia 30012
Pro Se Plaintiff

Keith S. Anderson
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
*Attorney for Defendant New Rez, LLC d/b/a Shellpoint Mortgage Servicing*